

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00684-CR

The State of Texas
v.
Francisco Escobedo

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 16-CR-1294-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's order granting a new trial and reinstates the judgment in accordance with the jury verdict. The Court vacates the trial court's order granting a new trial and reinstates the judgment in accordance with the jury verdict

We further order this decision certified below for observance.

December 19, 2018